**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICARDO CHUB ,** | **1:26–CV–02436–JLT–HBK  (HC)** |
| Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| vs. | |
| **U.S. ATTORNEY GENERAL,** | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C.  § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

   DATED:  3/31/26                                     /s/  Helena M. Barch–Kuchta
                                                              United States Magistrate Judge

1